UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESE M. SWENSON, | ) | Case No.: 2:14-CV-2629-KJM-CMK (PS) |
|         Plaintiff, | ) | |
| v. | ) | |
| AMTRAK, | ) | **ORDER RE STIPULATION TO EXTEND DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
|         Defendant. | ) | |
| | ) | Date of Filing Action: May 6, 2014 |
| | ) | Trial Date: None |

THE COURT, having reviewed and approved the Stipulation to Extend Defendant National Railroad Passenger Corporation's Time to Respond to Plaintiff's Complaint, orders as follows:

///

///

///

///

1    IT IS ORDERED THAT the Stipulation to Extend Defendant National Railroad Passenger Corporation's Time to Respond to Plaintiff's Complaint is approved as follows:

    1)     Defendant has an extension of time to respond to plaintiff's complaint, up to and including, 30 days from the date of this order;

    2)     Plaintiff will file an amended complaint within 30 days of this order; and

    3)     Defendant will respond to amended complaint within 30 days of service of the amended complaint.

IT IS SO ORDERED.

DATED: January 13, 2015

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE