# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE M. SWENSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMTRAK and DOES 1 TO 100 inclusive,<br><br>　　　　Defendants.<br>_____ | Case No.: 2:14-CV-02629-KMJ-CMK<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>Complaint Filed: Nov. 10, 2014<br>Date Removed: Feb. 6, 2015<br>Trial Date: None |

　　The Court. having considered the parties' joint stipulation to continue the settlement conference and finding good cause, hereby orders that the settlement conference be and is hereby continued from March 17, 2016, at 10:00 a.m., to September 8, 2016.

Dated: March  8 , 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

G:\4902\Pleadings\prop order on MSC stip.wpd　　　　1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE