UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESE SWENSON,

          Plaintiff,

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION, doing business as
AMTRAK, et al.,

          Defendants.

No.  2:14-cv-02629-KJM-CMK

ORDER

On April 19, 2016, the court dismissed the second amended complaint with leave to amend, ordering that any amended complaint be filed within twenty-one days.  ECF No. 42. On May 2, 2016, a Fourth Amended Complaint was filed.  ECF No. 43.  On May 4, 2016, plaintiff filed an *ex parte* application for leave to correct clerical errors in her fourth amended complaint, noting her understanding that the defendants would not oppose the request.  A party may amend its pleading with the opposing party's written consent or the court's leave.  Fed. R. Civ. P. 15(a)(2).  Plaintiff is GRANTED leave to file a fifth amended complaint within seven days correcting the errors identified in her *ex parte* application.

        IT IS SO ORDERED.

 DATED:  May 9, 2016.

_____
UNITED STATES DISTRICT JUDGE