UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE M. SWENSON,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>            Defendant. | No.  2:14-cv-2629-KJM-CMK<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

The case was before the court for a settlement conference conducted on September 8, 2016.  Pursuant to the representations by counsel for the parties, the matter has settled.

Accordingly, the court now orders that dispositional documents are to be filed not later than October 11, 2016.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED:   September 8, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE